1068

[No. 14209-4-III. Division Three. March 5, 1996.]

GARY J. MARTINKUS, *Appellant*, v. MICHAEL C.
NOBLE, ET AL., *Defendants, and* THOMAS GILMORE, ET
AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-2-01516-9, Robert N. Hackett, Jr.,
J., entered June 24, 1994. *Affirmed* by unpublished opinion
per Munson, J., concurred in by Schultheis, A.C.J., and
Thompson, J.

[No. 14230-2-III. Division Three. March 5, 1996.]

NOEL FOODS, INC., *Appellant*, v. PRIBILOF ISLAND
PROCESSORS, INC., *Defendant, and* TERENCE L. WONG,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 90-1-00350-6, Stephen M. Brown, J.,
entered June 24, 1994. *Reversed* by unpublished opinion
per Thompson, J., concurred in by Sweeney, C.J., and
Schultheis, J.

[No. 13009-6-III. Division Three. March 7, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL
D. ROSALEZ, *Appellant*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 92-1-01970-7, Stephen M. Brown, J.,
entered January 15, 1993. *Affirmed* by unpublished
opinion per Thompson, J., concurred in by Schultheis,
A.C.J., and Munson, J.